AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00227 |
| Andrew Johnson | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 10/21/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Andrew Johnson__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 10/21/2022

2022.10.21 14:26:48 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.    Honorable Robin M. Meriweather
UNITED STATES MAGISTRATE JUDGE

---

### Return

This warrant was received on *(date)* 12/08/2022, and the person was arrested on *(date)* 12/08/2022
at *(city and state)* Naples, FL.

Date: 12/08/2022

*Arresting officer's signature*

Alexander Granoy TFO
*Printed name and title*