UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                22-cr-414 (JEB)

ANDREW JOHNSON

MOTION TO WITHDRAW AS COUNSEL AND FOR
APPOINTMENT OF NEW COUNSEL FOR DEFENDANT

Attorney Heather Shaner, appointed by the Court for Mr. Andrew Johnson, now moves this Honorable Court to allow her to withdraw from representation and to appoint new counsel. In support of this motion counsel states the defendant and counsel have reached an impasse that precludes further representation. The defendant has requested that counsel withdraw and that new counsel be appointed.

WHEREFORE, counsel respectfully requests the Court Grant this Motion and appoint new counsel for Andrew Johnson.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq.  D.C. Bar 273276
Appointed by the Court for Andrew Johnson
1702 S St. N.W.

Washington, D.C. 20009

Tel. 202 265 8210

hhsesq@aol.com