UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                                          22-cr-414 (JEB)

ANDREW JOHNSON

ORDER ON MOTION TO WITHDRAW AS COUNSEL

IT is Hereby Ordered that Counsel, Heather Shaner, be permitted to withdraw as Counsel to defendant Andrew Johnson.

SO ORDERED this _____of March 2023.


By:


_____
Honorable Jeb E. Boasberg, Judge
United States District Court for the
District of Columbia