UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No.: 22-CR-00414 |
| | : | |
| **ANDREW JOHNSON,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Madison Mumma is entering her appearance in this matter on behalf of the United States.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                  United States Attorney
                                  DC Bar No. 481052

By:      /s/ *Madison Mumma*
           Madison Mumma
           Trial Attorney
           U.S. Department of Justice, Crim. Division
           Detailed to the D.C. U.S. Attorney's Office
           601 D St. N.W.
           Washington, DC 20530
           Madison.Mumma2@usdoj.gov
           (202) 431-8603
           NC Bar No. 56546

## **CERTIFICATE OF SERVICE**

On this 31st day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Madison Mumma*