UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:22-cr-00414-JEB-1 |
| ANDREW JOHNSON, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

COMES NOW the undersigned, and respectfully requests the Clerk of Court to enter his appearance as counsel for the Defendant.

Respectfully submitted,

ANDREW JOHNSON
By Counsel

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
(202) 462-1100

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed by CM/ECF on the 24th day of May 2023, which will send a notification of such filing (NEF) to counsel of record.

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III