UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   v. )<br>)<br>ANDREW JOHNSON, )<br>)<br>         Defendant. ) | Case No. 1:22-cr-00414-JEB-1 |

<u>MOTION FOR ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*</u>

COMES NOW the Defendant, and respectfully moves this Court, pursuant to LCrR 44.1(c), for the admission *pro hac vice* of David A. Howard as counsel of record for the Defendant.

1. Mr. Howard is court-appointed counsel for the Defendant in the above-captioned case.

2. Mr. Howard is familiar with the facts and the law applicable to this case, and it is the Defendant's desire that he be represented by Mr. Howard.

3. Mr. Howard has completed a declaration required by Local Criminal Rule LCr44.1(c)(2), which is attached as Exhibit A to this motion.

4. This case is not a related or consolidated matter for which Mr. Howard has previously applied to appear *pro hac vice*.

5. The office address of Mr. Howard is 25 SE 2nd Avenue, Suite 1105, Miami, Florida 33131-1605.

6. Mr. Howard is an attorney in good standing with the Florida Bar. A certificate of good standing is attached as Exhibit B. Mr. Howard is also admitted to practice in the Southern District of Florida, the Middle District of Florida, the Northern District of Florida, and the 11th Circuit Court of Appeal.

7. Mr. Howard states that he was once admitted *pro hac vice* in this Court in 2013. He has also previously served as an Assistant Federal Defender for the District of Columbia and is familiar with the local rules of this Court.

8. Mr. Howard does not engage in the practice of law from an office located in the District of Columbia and is not a member of the District of Columbia Bar.

9. Mr. Howard has indicated that he has applied for membership in this Court and his application has reportedly been accepted. It is anticipated that the motions judge will sign the order of admission for Mr. Howard on June 5, 2023.

WHEREFORE, having complied with the requirements of this Court's Local Rules concerning the appearance of counsel who are not members of this Court, and based upon Mr. Howard's experience and credentials outlined above, it is respectfully requested that this Court grant this motion and admit Mr. Howard *pro hac vice* to appear as Defendant's counsel in this case without the presence of undersigned counsel.

Respectfully submitted,

ANDREW JOHNSON
By Counsel


/s/ Pleasant Brodnax
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
(202) 462-1100


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed by CM/ECF on the 24th day of May 2023, which will send a notification of such filing (NEF) to counsel of record.

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III