UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:22-cr-00414-JEB-1 |
| ANDREW JOHNSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This Court, having considered the Motion for Admission *Pro Hac Vice*, and good cause having been shown, it is hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* be, and is, GRANTED; and it is further

ORDERED, that David A. Howard, Esq. shall appear on behalf as counsel for the Defendant in the above-captioned matter; and it is further

ORDERED, that David A. Howard shall be permitted to enter his appearance and participate in the court proceedings either with or without the presence of local counsel, Pleasant S. Brodnax, III.

ENTERED this _____ day of _____, 2023.

_____
James E. Boasberg
Chief Judge