NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.   Criminal Number  22-cr-414-JEB

**ANDREW JOHNSON**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

s/David A. Howard
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David A. Howard, Bar ID # FL137
*(Attorney & Bar ID Number)*

David A. Howard, P.A.
*(Firm Name)*

25 SE 2nd Avenue, Suite 1105
*(Street Address)*

Miami          FL          33131
*(City)*          *(State)*          *(Zip)*

(786) 360-6056
*(Telephone Number)*