UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Case No.: 22-CR-414 (JEB)
:
ANDREW JOHNSON, :
:
*Defendant.* :
_____/

### ORDER

**THIS CAUSE** is before the Court on the Defendant's MOTION TO TRAVEL BY AIR as filed on June 29, 2023.

The Court has reviewed the motion and is otherwise fully advised in the premises. Accordingly, it is hereby,

**ORDERED and ADJUDGED** that the motion is **GRANTED**. The Defendant is granted leave to travel and must provide his itinerary to his probation officer prior to travelling.

**DONE AND ORDERED** this_____day of June, 2023.

_____
CHIEF JUDGE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE