# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:22-cr-414 (JEB)** |
| **v.** : | |
| : | |
| **Andrew Johnson,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Attorney Pavan S. Krishnamurthy is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: December 5, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Pavan S. Krishnamurthy*
Pavan S. Krishnamurthy
D.C. Bar No. 252831
Assistant United States Attorney
601 D Street NW
Washington, DC 20001
(202) 252-7862
pavan.krishnamurthy@usdoj.gov