IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 22-cr-414

UNITED STATES OF AMERICA

v.

ANDREW JOHNSON

### DEFENDANT'S MOTION FOR TRAVEL EXPENSES

*PRO SE* DEFENDANT, ANDREW JOHNSON, respectfully moves the Court to issue an Order directing that the Government incur the expenses for his airfare, lodging and subsistence for travel to the District of Columbia to participate in his trial in the above-captioned cause, and states:

1. Defendant lives in South West Florida and is scheduled to begin trial in the District of Columbia on April 15, 2024.

2. He has been adjudicated indigent and cannot afford the cost of airfare to and from Washington D.C., nor that of his lodging and subsistence for the period of time during which he will be present there for trial.

WHEREFORE, Defendant respectfully moves the Court to issue an order directing the Government to incur the expenses of his travel, lodging and subsistence for trial.

    Respectfully submitted

    *Andrew Johnson*
    Andrew Johnson
    Appearing *Pro Se*
    Email: bitetheapple@protonmail.com
    Tel.:   (860) 319-1804*

Date: April 8, 2024

*Phone operable *via* text and FaceTime Audio only.