UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:22-CR-414 (JEB) |
| : | |
| Andrew Johnson, : | |
| : | |
| Defendant. : | |

**UNITED STATES' OBJECTION TO DEFENSE EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits objections to the usage and admission of certain defense exhibits. On April 9, 2024, *pro se* defendant Johnson provided the Government with a series of 87 video exhibits.[1] Defendant Johnson did indicate he may only use some of the videos during trial but did not specify further. The government's objections, and basis of the objections, are outlined below.

A. The government objects to the use and admission of the below listed exhibits under F.R.E 403 and F.R.E 803. The videos (including brief descriptions) listed below do not include the defendant nor the area he breached on January 6, 2021; therefore, the videos are not relevant to his case nor any viable defense. Furthermore, many of the video contains impermissible hearsay:

   1. *9000 Domestic terrorists were at Jan 6 Bahahahahahha*- Recording of a YouTube video of the January 6th Select Committee testimony with mocking commentary by Defendant Johnson.

---

[1] The government has made available to the Court and defendant Johnson both the defense and non-sensitive government exhibits via USAfx.

2. *Actor from Jan 6 Babbitt scene* aka Benjamin Reports-Video of rioters recounting the shooting that occurred at the Speaker's Lobby doors.

3. *Ashli Babbitt Death Feds Open Excessive Force Investigation Over Fatal Shooting (WARNING GRAPHIC)*- Video showing the shooting of a rioter that occurred at the Speaker's Lobby doors.

4. *FBI informant Dominick Madden Guides Police in perfect formation, inciting trumpers on Jan 6-* Video recording of a YouTube video showing a rioter breaching the police line on the West Plaza with argumentative commentary from Defendant Johnson.

5. *Hiligh_CPR_Rosanne_432pm-* Body worn camera (BWC) clip from approximately 4:32 p.m. showing officers giving a rioter CPR inside the Lower West Terrace doors.

6. *IMG_8194-* Video recording of CCTV footage showing officers and rioters at the Memorial Doors.

7. *RPReplay_Final1709976244-* Multi-cam footage of rioters inside the Capitol Rotunda.

8. *RPReplay_Final1711107278-* Third-party video of rioters inside the Capitol Crypt.

9. *ssstwitter.com_1709755906131-* Video clip of a Congressional candidate discussing the "truths" of January 6.

10. *ssstwitter.com_1712367019691-* Video recording of a podcast suggesting the FBI incited the riot.

11. *ssstwitter.com_1712367060251-* Video recording of an interview of a

Congressperson who suggests the FBI incited the riot.

12. *ssstwitter.com_1712367082363*- Video recording of commentary from a media personality and an interview with of a Congressman suggesting the FBI incited the riot.

13. *Tucker Interviews Former Capitol Police Chief About What REALLY Happened On January 6th*- Video recording of media personality commentary and an interview with a former USCP officer suggesting a government set up.

B. The government objects to the use and admission of the below video under F.R.E. 403. Although the videos are close in time and proximity to Defendant Johnson's conduct, the videos do not capture Defendant Johnson nor relate to Johnson's charged conduct or any potential defense:

1. *206A copy*- CCTV from 4:29 p.m.[2] showing law enforcement carrying a fellow officer to the back of the Lower West Terrace door, (herby referred to as the Tunnel) area.

2. *Ex 2 -- LilaMorris.M. BWC clip*- Clipped BWC from approximately 4:27p.m. showing an assault on officers at the mouth of the Tunnel while a rioter is on the ground.

3. *Ex 3 -- D.P. BWC Rosanne McAbee clip*- Clipped BWC from approximately 4:27 p.m. also showing an assault on officers at the mouth of the Tunnel while some rioters and officers are on the ground.

---

[2] The government alleges Defendant Johnson entered the Capitol during the time frame of 4:13-4:15 p.m. via a broken office window that is adjacent to the Tunnel area. Defendant Johnson remains inside the office for some time which renders any of the Defendant's exhibits from the Tunnel around 4:27-4:29 p.m. irrelevant.

4. *FBI JAN 6 ENTRAPMENT• The truth is on its way*- Slowed down video from outside the Tunnel and an adjacent office, ST2-10, that includes graphics and argumentative text commentary.

5. *IMG_7957*- Recording of clipped BWC showing an assault on officers at the mouth of the Tunnel while some rioters and officers are on the ground. The recorder scrolls back and forth over the video numerous times.

6. *Joseph D. McBride, Esq. - The @January6thCmte edited @nickquested's footage deliberately to deceive*- Video montage showing two rioters receiving first aid at two different locations which are not relevant to the Defendant's case.

7. *Lila_Dragged_Another-Angle*- Clipped BWC showing officers assisting injured officer inside the Tunnel at approximately 4:27 p.m.

8. *Lila_Morris_Dragged_BKUT*- see above.

9. *Lila_Morris_Dragged2*- see above.

10. *Lila_Pulled_Into_Building_BF7Q*- see above.

11. *Lila_Stick+_Flies*- see above.

12. *RearView_Strikes_W-Coffee*- Third party video of rioters outside the Tunnel at approximately 4:27 p.m.

13. *RPReplay_Final1711099306*- Clipped BWC from approximately 4:27 showing assault on officers at the mouth of the Tunnel with some officers and rioters knocked to the ground.

14. *RPReplay_Final1711100386*- Zoomed-in and clipped BWC from approximately 4:27 showing one of the rioters on the ground at the mouth of the Tunnel.

15. *RPReplay_Final1711100386*- Same file name as the video above but this version

is a slowed clipped video of BWC from approximately 4:27 showing one of the rioters on the ground at the mouth of the Tunnel.

16. *RPReplay_Final1711100490-* Third-party video of a rioter receiving CPR in the crowd.

17. RPReplay_Final1711100546- Recording of third-party video that is slowed down and speed up of riot yelling outside tunnel; defendant Johnson is not in video. This video is similar to Defense exhibit *RearView_Strikes_W-Coffee* (objection B12).

18. *RPReplay_Final1711102188-* Boomerang styled third-party video of the rioters outside the Tunnel showing one rioter throw a bottle at another rioter, repeatedly rewound, and replayed.

19. *RPReplay_Final1711301934-* Clipped video of rioters on the ground outside the Tunnel from approximately 4:27 p.m. The recorder scrolls back and forth over the video.

20. *RPReplay_Final1711301934_1-* Clip of the above video.

21. *RPReplay_Final1711301934_3-* Clip of the video in objection B16.

22. *RPReplay_Final1711303767-* Clipped interview of woman who found a pipe bomb outside the RNC.

23. *RPReplay_Final1711368056-* Clipped BWC from approximately 1:37 p.m. of two rioters discussing the differences between "patriots" and "Antifa."

24. *RPReplay_Final1711368056-* Longer clip of the BWC video above.

25. *RPReplay_Final1711391618-* Clipped third-party video of a rioter on the ground similar to the videos discussed in B19-B21.

26. *RPReplay_Final1711393417-* Screen recorded clip of rioters assaulting an officer

pulled from the Tunnel into the crowd. The recorder scrolls back and forth.

27. *Slam_From_Below2*- Screen recorded clip of third-party video showing an officer (potentially the same officer captured in videos B7-B11) protecting the mouth of the Tunnel from rioters. The recorder scrolls back and forth.

28. *Spastic_Lila_216*- Clip of BWC from approximately 4:27 p.m. showing an officer (potentially the same officer captured in videos B7-B11 and B27) carried to the back of the tunnel.

29. *Stop-and-Pray*- Duplicative video covered in B12-17.

30. *syfl-a9197e4d9a95b7b48ac0e96c24cda684*- Clipped BWC from approximately 4:27 p.m. showing officers and rioters on the ground of the tunnel.

31. *Walsh_Lila_Morris*- Clipped BWC that includes officers preforming CPR on a rioter.

C. The government objects to the use and admission of the below videos, in their current form, under F.R.E. 803. Although the videos are relevant to the time, location, and/or conduct relating to the defendant's breach, the video contains impermissible hearsay by including argumentative text and oral commentary which impute impermissible defense theories such as entrapment and estoppel:

1. *IMG_3445*- Clipped news footage showing defendant Johnson speaking to and pointing at officers with commentary from newscasters.

2. *IMG_6504*- Clipped video showing Defendant Johnson on the Lower West Terrace (LWT) edited to include subtitles and argumentative commentary.

3. *IMG_6551*- Clipped video showing two rioters hugging inside of ST2-10 with argumentative text commentary at the begin of the video. The same footage is also

included in Defense exhibit *RPReplay_Final1707695981* but without text.

4. *IMG_6552*- Screen recording of video showing the crowd on the LWT edited to include argumentative text commentary.

5. *IMG_6579*- Screen recording of video showing a female rioter on the LWT edited to include argumentative text commentary.

6. *IMG_8273*- Screen recording of third-party video outside Room ST2-10 showing two rioters arguing edited to include argumentative text commentary.

7. *j6 west terrace video no subtitle*- Heavily edited video compilation with argumentative commentary and music showing defendant Johnson sitting inside of van to be transported to booking and other moments of riot suggesting that FBI incited riot.

8. *RPReplay_Final1707577404*- Clipped third-party video outside Room ST2-10 edited to include argumentative text commentary.

9. *RPReplay_Final1707578816 copy*- Third-party video outside Room ST2-10 edited to include argumentative text commentary.

10. *RPReplay_Final1707578816*- Repeat of video above.

11. *RPReplay_Final1707681159*- Screen recording of video on the LWT edited to include argumentative text commentary. The recorder also drags the video back and forth numerous times.

12. *RPReplay_Final1707695981_1*- Duplicative video edited to include argumentative text commentary.

13. *RPReplay_Final1707696723*- Third-party video outside Room ST2-10 edited to include argumentative text commentary suggesting FBI incited riot.

14. RPReplay_Final1711092447- Third-party video outside Room ST2-10 edited to include argumentative text commentary and commentary suggesting the FBI incited riot.

15. RPReplay_Final1711997348- Third-party video outside Room ST2-10 edited to include argumentative text commentary.

16. ssstwitter.com_1709756830016- Third-party video outside Room ST2-10 edited to include argumentative text commentary.

17. ssstwitter.com_1709757153250- Third-party video outside the tunnel edited to include argumentative text commentary.

18. ssstwitter.com_1709757194371- Duplicative third-party video edited to include argumentative text commentary.

For the reasons described above, the United States respectfully requests that this Court grant the government's pre-trial objections to Defendant Johnson's exhibits.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Rebekah E. Lederer*
REBEKAH LEDERER
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D St., NW
Washington, D.C. 20001
(202) 252-7012
rebekah.lederer@usdoj.gov

*/s/ Pavan S. Krishnamurthy*
PAVAN S. KRISHNAMURTHY
Assistant United States Attorney
D.C. Bar No. 252831

                  601 D Street NW
                  Washington, DC 20001
                  (202) 252-7862
                  pavan.krishnamurthy@usdoj.gov