UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                             Case No. 1:22-CR-414 (JEB)

v.

ANDREW JOHNSON

_____/

UNOPPOSED MOTION TO CONTINUE SENTENCING
AND TO CONVERT THE HEARING TO A STATUS CONFERENCE

*PRO SE* DEFENDANT, ANDREW JOHNSON, respectfully moves the Court for a brief unopposed continuance of sentencing and to convert the date and time presently set for same into a status conference, states:

1. Sentencing is scheduled to take place today at 3:00 pm.

2. Recently, Johnson formed the impression that there is certain discovery he believes is pertinent to his case which his prior (now standby) counsel had not reviewed with him.

3. Upon conferring with the Government, Johnson learned that the information he seeks to review is contained in the global Capitol Siege discovery data dump that was uploaded to a platform named Relativity, which one needs a license in order to access.

4. Having seen no need to access the information at issue, prior counsel did not preciously obtain the necessary license.

5. At Johnson's request, standby counsel recently applied for the license, has received confirmation that the application was received and is under review, and that the license with take a few days to issue.

6. As of the filing of this motion, standby counsel has not yet been issued the license.

7. The Government has authorized Johnson to represent that it does not have an objection to the continuance requested but would like to proceed with a hearing on the date set for sentencing in order for the parties to properly apprise the Court.

8.  Johnson apologizes to the Court for the eleventh-hour filing of this motion but was not able to advise standby counsel of precisely what he want the motion to say until earlier this morning.

WHEREFORE, Defendant Johnson respectfully moves the Court for a continuance of his sentencing hearing and to convert that hearing into a status conference.

.

                                                Respectfully submitted

                                                *Andrew Johnson*
                                                Andrew Johnson
                                                Appearing *Pro Se*
                                                Email: bitetheapple@protonmail.com
                                                Tel.:   (860) 319-1804

Date: July 22, 2024