IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 22-cr-414

UNITED STATES OF AMERICA

v.

ANDREW JOHNSON

_____/

<u>DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL</u>

*PRO SE* Defendant ANDREW JOHNSON, through standby counsel and pursuant to the Protective Order (ECF No. 13) and Local Criminal Rule 49(f)(6), respectfully moves the Court for leave to file his Motion to Withdraw Plea, under seal, and states:

1. This motion seeks leave of court to file defendant's <u>Motion to Withdraw Plea</u> under seal.

2. Johnson drafted the motion and forwarded it to standby counsel for filing.

3. Standby counsel observed that the motion referenced material that the Government designated "Sensitive" or "Highly Sensitive" and, was thus governed by the proscriptions of the Protective Order.

4. Therefore, in compliance with paragraph 4(d) of the Protective Order, standby counsel forwarded the motion to the Government for its input regarding the appropriate manner of filing.

5. The Government took the position that the Motion to Withdraw should be heavily redacted or filed under seal.

6. Though Johnson disagrees with the need for a sealed filing, in instances where the parties cannot agree, paragraph 4(d) of the Protective Order provides that the materials be submitted under seal pursuant to Local criminal Rule 49(f)(6).

WHEREFORE, Defendant Johnson respectfully moves for leave to file his Motion to Withdraw Plea under seal.

                                                  Respectfully submitted

                                                  *David A. Howard*
David A. Howard, Esq.
ID #FL137
David A. Howard, P.A.
25 SE 2nd Avenue, Suite 1105
Miami, Florida 33131
Tel. (786) 360-3056
Email: david@davidhowardlaw.com

Date: July 30, 2024