# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 22-CR-414 (JEB)

**ANDREW JOHNSON,**

　*Defendant.*
_____/

---

## NOTICE OF APPEAL

---

NOTICE is hereby given that, **ANDREW JOHNSON**, Defendant above named, hereby appeals his sentence and conviction [DE:69] entered on August 27th, 2024, to the United States Court of Appeals for the District of Columbia.

DATED: September 8, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Andrew Johnson*
　　　　　　　　　　　　　　　　　　　　Andrew Johnson
　　　　　　　　　　　　　　　　　　　　Appearing *Pro Se*
　　　　　　　　　　　　　　　　　　　　Email: bitetheapple@protonmail.com
　　　　　　　　　　　　　　　　　　　　Tel.: (860) 319-1804