APPEAL,CAP,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:22−cr−00414−JEB</u>−1
### *Internal Use Only*

Case title: USA v. JOHNSON

Magistrate judge case number:  1:22−mj−00227−RMM

Date Filed: 12/28/2022

Assigned to: Chief Judge James
E. Boasberg

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **ANDREW JOHNSON** | represented by | **David A Howard** |
| | | DAVID A. HOWARD, P.A |
| | | 25 S.E. 2nd Ave. |
| | | Suite 1105 |
| | | Miami, FL 33131 |
| | | 786−360−6056 |
| | | Fax: 305−536−2170 |
| | | Email: <u>david@davidhowardlaw.com</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**H. Heather Shaner**
LAW OFFICES OF H. HEATHER SHANER
1702 S Street, NW
Washington, DC 20009
(202) 265−8210
Fax: (202) 332−8057
Email: <u>hhsesq@aol.com</u>
*TERMINATED: 03/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pleasant Sanford Brodnax , III**
LAW OFFICE OF PLEASANT S. BRODNAX, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 462−1100
Fax: (202) 204−5165
Email: <u>PLEASANT.BRODNAX@GMAIL.COM</u>

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building (1) | Defendant sentenced to twelve (12) months incarceration to run concurrent with all other counts, followed by twelve (12) months of Supervised Release to run concurrent with count 2, a $25 Special Assessment, a $2336 Fine, and Restitution in the amount of $500. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building (2) | Defendant sentenced to twelve (12) months incarceration to run concurrent with all other counts, followed by twelve (12) months of Supervised Release to run concurrent with count 1, a $25 Special Assessment, a $2336 Fine, and Restitution in the amount of $500. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Violent Entry and Disorderly Conduct in a Capitol Building (3) | Defendant sentenced to six (6) months incarceration to run concurrent with all other counts, followed by a $10 Special Assessment, a $2336 Fine, and Restitution in the amount of $500. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (4) | Defendant sentenced to six (6) months incarceration to run concurrent with all other counts, followed by a $10 Special Assessment, a $2336 Fine, and Restitution in the amount of $500. |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D) and | |

40:5104(e)(2)(G)

**Plaintiff**

**USA**                                represented by    **Douglas Spencer Meisel**
DOJ–CRM
Narcotic & Dangerous Drug Section
145 N Street NE
Suite 2300
Washington DC, DC 20530
(202) 598–2281
Email: douglas.meisel@usdoj.gov
*TERMINATED: 12/08/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Madison Mumma**
DOJ–OSC
United States Attorney's Office
1301 New York Avenue NW
Suite 1000
Washington, DC 20530
202–913–4794
Email: madison.mumma@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Pavan S. Krishnamurthy**
U.S. ATTORNEY'S OFFICE
601 D Street NW
Washington, DC 20530
469–583–5145
Email: pavan.krishnamurthy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Rebekah Lederer**
USAO
Criminal
601 D Street NW
Washington, DC 20001
202–252–7012
Email: rebekah.lederer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 10/21/2022 | 1 | SEALED COMPLAINT as to ANDREW JOHNSON (1). (Attachments: # 1 Statement of Facts) (zstd) [1:22−mj−00227−RMM] (Entered: 10/24/2022) |
|---|---|---|
| 10/21/2022 | 3 | MOTION to Seal Case by USA as to ANDREW JOHNSON. (Attachments: # 1 Text of Proposed Order)(zstd) [1:22−mj−00227−RMM] (Entered: 10/24/2022) |
| 10/21/2022 | 4 | ORDER granting 3 Motion to Seal Case as to ANDREW JOHNSON (1). Signed by Magistrate Judge Robin M. Meriweather on 10/21/2022. (zstd) [1:22−mj−00227−RMM] (Entered: 10/24/2022) |
| 12/07/2022 | | Arrest of ANDREW JOHNSON in Florida (zstd) [1:22−mj−00227−RMM] (Entered: 12/12/2022) |
| 12/07/2022 | 5 | Arrest Warrant, dated 10/21/2022, Returned Executed on 12/7/2022 as to ANDREW JOHNSON. (zstd) [1:22−mj−00227−RMM] (Entered: 12/12/2022) |
| 12/07/2022 | | Case unsealed as to ANDREW JOHNSON (zstd) [1:22−mj−00227−RMM] (Entered: 12/12/2022) |
| 12/12/2022 | 6 | Rule 5(c)(3) Documents Received as to ANDREW JOHNSON from United States District Court for the Middle District of Florida (Ft. Myers) Case Number 2:22−mj−01148 (zstd) [1:22−mj−00227−RMM] (Entered: 12/12/2022) |
| 12/16/2022 | | MINUTE ORDER as to Defendant: It is hereby ORDERED that Defendant appear for an initial appearance on 12/22/2022 at 1:00 p.m. before Magistrate Judge Moxila A. Upadhyaya. The hearing will be conducted by video teleconference; call−in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202−354−3173. Signed by Magistrate Judge Robin M. Meriweather on 12/16/2022. (zcll) (zcll) [1:22−mj−00227−RMM] (Entered: 12/16/2022) |
| 12/22/2022 | 8 | NOTICE OF ATTORNEY APPEARANCE: H. Heather Shaner appearing for ANDREW JOHNSON (Shaner, H.) [1:22−mj−00227−RMM] (Entered: 12/22/2022) |
| 12/22/2022 | | ORAL MOTION to Appoint Counsel by ANDREW JOHNSON. (bb) [1:22−mj−00227−RMM] (Entered: 12/23/2022) |
| 12/22/2022 | | ORAL MOTION for Speedy Trial by USA as to ANDREW JOHNSON. (bb) [1:22−mj−00227−RMM] (Entered: 12/23/2022) |
| 12/22/2022 | | Minute Entry for proceedings held before Magistrate Judge Moxila A. Upadhyaya: VTC First Appearance in the District as to ANDREW JOHNSON (1) held on 12/22/2022. Defendant present by telephone. Oral Motion to Appoint Counsel by ANDREW JOHNSON (1); Heard and Granted. CJA Attorney Heather Shaner was appointed as counsel. The Court advised the Government of its due process obligations under Rule 5(f). Conditions of release were imposed. Oral Motion by the Government for Speedy Trial Waiver as to ANDREW JOHNSON (1); Heard and Granted. Time between 12/22/2022, and 2/28/2023, shall be excluded from calculation of time in the interest of justice (XT) under the Speedy Trial Act. Preliminary Hearing set for 2/28/2023 at 1:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond; |

| | | |
|---|---|---|
| | | Court Reporter: FTR Gold; FTR Time Frame: CTRM 6 [1:27:25–1:39:22] [2:35:19–2:59:59]; Defense Attorney: Heather Shaner; U.S. Attorney: Frederick Yette and Douglas Meisel; Pretrial Officer: Da'Shanta' Valentine–Lewis. (bb) [1:22–mj–00227–RMM] (Entered: 12/23/2022) |
| 12/22/2022 | | MINUTE ORDER as to ANDREW JOHNSON (1): As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge Moxila A. Upadhyaya on 12/22/2022. (bb) [1:22–mj–00227–RMM] (Entered: 12/23/2022) |
| 12/22/2022 | 9 | ORDER Setting Conditions of Release as to ANDREW JOHNSON (1) Personal Recognizance. Signed by Magistrate Judge Moxila A. Upadhyaya on 12/22/2022. (Attachments: # 1 Appearance Bond) (zcll) [1:22–mj–00227–RMM] (Entered: 12/27/2022) |
| 12/28/2022 | 10 | INFORMATION as to ANDREW JOHNSON (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 12/28/2022) |
| 12/28/2022 | | MINUTE ORDER: The hearing scheduled for 02/28/2023 before Magistrate Judge G. Michael Harvey is hereby VACATED, as the Defendant: has had an initial appearance in the jurisdiction, has had counsel appointed, has been released on conditions, and has been charged by information. As such, there are no pending matters necessitating action by a magistrate judge. The parties are directed to contact the assigned District Judge to schedule a status hearing and arraignment, if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge Moxila A. Upadhyaya on 12/28/2022. (zcll) (Entered: 12/28/2022) |
| 12/28/2022 | | Terminate Deadlines and Hearings as to ANDREW JOHNSON: Preliminary Hearing set for 2/28/2023 at 1:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey is VACATED. (ztl) (Entered: 12/28/2022) |
| 12/30/2022 | | MINUTE ORDER as to ANDREW JOHNSON (1): After discussions with the parties, the Court ORDERS an Arraignment set for 1/4/2023 at 10:30 AM via VTC before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 12/30/2022. (nbn) (Entered: 12/30/2022) |
| 01/04/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So ORDERED, by Judge James E. Boasberg on 1/4/2023. (nbn) (Entered: 01/04/2023) |
| 01/04/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Arraignment as to ANDREW JOHNSON (1) held on 1/4/2023. Defendant consents to proceed via Zoom video. Plea of NOT GUILTY entered by ANDREW JOHNSON (1) as to counts 1–4. The Court finds it in the Interest of Justice to toll the Speedy Trial Clock between 1/4/2023 and 3/3/2023 (XT). Status Conference set for 3/3/2023 at 10:30 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: PR/appeared via Zoom video; Court Reporter: Jeff Hook; Defense Attorney: Heather |

| | | Shaner; US Attorney: Douglas Meisel. (nbn) (Entered: 01/04/2023) |
|---|---|---|
| 01/05/2023 | 12 | NOTICE of Proposed Order by USA as to ANDREW JOHNSON (Attachments: # 1 Text of Proposed Order)(Meisel, Douglas) (Entered: 01/05/2023) |
| 01/05/2023 | 13 | ORDER as to ANDREW JOHNSON re 12 Notice of Proposed Order filed by USA. Signed by Judge James E. Boasberg on 1/5/2023. (nbn) (Entered: 01/05/2023) |
| 01/05/2023 | 14 | Unopposed MOTION for Protective Order by USA as to ANDREW JOHNSON. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Meisel, Douglas) (Entered: 01/05/2023) |
| 01/05/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): The Court ORDERS that the Government's 14 Motion for Protective Order is DENIED as moot given the prior entry of such Order by the Court. So ORDERED, by Judge James E. Boasberg on 1/5/2023. (nbn) (Entered: 01/05/2023) |
| 02/28/2023 | 15 | First MOTION to Withdraw as Attorney *and Appointment of New Counsel* by H. Heather Shaner. by ANDREW JOHNSON. (Attachments: # 1 Text of Proposed Order)(Shaner, H.) (Entered: 02/28/2023) |
| 02/28/2023 | 16 | MOTION to Appoint Counsel by ANDREW JOHNSON. (See docket entry 15 to view document.) (zstd) (Entered: 02/28/2023) |
| 02/28/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): The Court ORDERS that it shall address defense counsel's 15 Motion to Withdraw at the next status conference. So ORDERED, by Judge James E. Boasberg on 2/28/2023. (nbn) (Entered: 02/28/2023) |
| 03/02/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): Due to a scheduling conflict with the Court's calendar, the Status Conference set for March 3, 2023 at 10:30 AM is VACATED. The Court ORDERS the parties contact the Courtroom Deputy for scheduling. So ORDERED, by Judge James E. Boasberg on 3/2/2023. (nbn) (Entered: 03/02/2023) |
| 03/02/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): After discussions with the parties, the Court ORDERS a Status Conference via Zoom on 3/24/2023 at 02:30 PM before Judge James E. Boasberg. The Court also finds it in the Interest of Justice to toll the Speedy Trial Clock between 3/2/2023 and 3/24/2023 (XT). So ORDERED, by Judge James E. Boasberg on 3/2/2023. (nbn) (Entered: 03/02/2023) |
| 03/24/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON (1) held on 3/24/2023. Defendant consents to proceed via Zoom video. After oral discussions, the Court GRANTS 15 First MOTION to Withdraw as Attorney and Appointment of New Counsel by H. Heather Shaner. The Court finds it in the Interest of Justice, to toll the Speedy Trial Clock between 3/24/2023 and 4/7/2023 (XT). Excludable started as to ANDREW JOHNSON (1). Oral motion by defense to "amend conditions of release", HEARD and GRANTED. The Court ORDERS that the Drug Testing Condition imposed by Magistrate Judge Moxila A. Upadhyaya on 12/22/2022 is hereby VACATED. All other release conditions imposed remain in place. Status Conference set for 4/7/2023 at 11:30 AM in Telephonic/VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on Personal Recognizance Bond /appeared via Zoom; Court Reporter: Tammy Nestor; Defense Attorney: H. Heather Shaner; US Attorney: Douglas Meisel. (nbn) (Entered: 03/24/2023) |
| 03/24/2023 | | |

| | | |
|---|---|---|
| | | Attorney update in case as to ANDREW JOHNSON (1). Attorney H. Heather Shaner terminated. (nbn) (Entered: 03/24/2023) |
| 04/03/2023 | 20 | NOTICE OF ATTORNEY APPEARANCE Madison Mumma appearing for USA. (Mumma, Madison) (Entered: 04/03/2023) |
| 04/07/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON (1) held on 4/7/2023. The Court finds it in the Interest of Justice to toll the Speedy Trial Clock through 4/14/2023 (XT). Status Conference set for 4/14/2023 at 12:00 PM in Telephonic/VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Lisa Edwards; Defense Attorney: Shelli Peterson; US Attorney: Doug Meisel and Madison Mumma. (nbn) (Entered: 04/07/2023) |
| 04/14/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON (1) held on 4/14/2023. The Court finds it in the Interest of Justice, to toll the Speedy Trial Clock between 4/14/2023 and 5/17/2023 (XT). Status Conference set for 5/17/2023 at 11:00 AM in Telephonic/VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: PR; Court Reporter: Tammy Nestor; Defense Attorney: David Howard; US Attorney: Douglas Meisel and Madison Mumma. (nbn) (Entered: 04/14/2023) |
| 05/15/2023 | 22 | MOTION to Revoke Release Order by USA as to ANDREW JOHNSON. (Meisel, Douglas) Modified event type and text on 5/16/2023 (zstd). (Entered: 05/15/2023) |
| 05/17/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON held on 5/17/2023. Defendant consents to proceed via Zoom. The Court ORDERS 22 Motion to Revoke Release Order "DENIED", for the reasons stated on the record after oral argument. The Court finds it in the Interest of Justice, to toll the Speedy Trial Clock between 5/17/2023 and 6/16/2023 (XT). Excludable started as to ANDREW JOHNSON (1). Status Conference set for 6/16/2023 at 02:00 PM in Telephonic/VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR/appeared via Zoom; Defense Attorney: David Howard; US Attorney: Douglas Meisel and Madison Mumma; Pretrial Officer: Natasha Spriggs. (nbn) (Entered: 05/17/2023) |
| 05/22/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1) re 23 Pretrial Violation Report: The Court ORDERS the parties appear via Zoom for a Status Conference on 6/8/2023 at 02:00 PM. So ORDERED, by Chief Judge James E. Boasberg on 5/22/2023. (nbn) (Entered: 05/22/2023) |
| 05/24/2023 | 24 | NOTICE OF ATTORNEY APPEARANCE: Pleasant Sanford Brodnax, III appearing for ANDREW JOHNSON (Brodnax, Pleasant) (Entered: 05/24/2023) |
| 05/24/2023 | 25 | MOTION for Leave to Appear Pro Hac Vice David A. Howard Filing fee $ 100, receipt number ADCDC−10093333. Fee Status: Fee Paid. by ANDREW JOHNSON. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Brodnax, Pleasant) (Entered: 05/24/2023) |
| 05/25/2023 | | MINUTE ORDER GRANTING 25 Motion for Admission *Pro Hac Vice* of DAVID A. HOWARD. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for instructions. So ORDERED by Chief Judge James E. Boasberg on 5/25/2023. (lcjeb1) (Entered: 05/25/2023) |
| 06/06/2023 | 26 | |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE: David A Howard appearing for ANDREW JOHNSON (Howard, David) (Entered: 06/06/2023) |
| 06/08/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON (1) held via Zoom on 6/8/2023. Oral request by the Pretrial Agent to "remove the defendant from supervision", HEARD and DENIED for the reasons stated on the record. Motion in Limine due by 10/2/2023. Responses due by 10/20/2023 Replies due by 10/30/2023. Pretrial Conference set for 11/17/2023 at 10:30 AM in Telephonic/VTC before Chief Judge James E. Boasberg. Jury Trial set for 12/4/2023 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on Personal Recognizance Bond; Court Reporter: Tammy Nestor; Defense Attorney: David Howard; US Attorney: Douglas Spencer and Madison Mumma; Pretrial Officer: Christine Schuck. (nbn) Modified to remove STA until parties file notice on 6/9/2023 (nbn). (Entered: 06/08/2023) |
| 06/29/2023 | 28 | MOTION to Travel by ANDREW JOHNSON. (Attachments: # 1 Text of Proposed Order)(Howard, David) (Entered: 06/29/2023) |
| 06/30/2023 | | MINUTE ORDER GRANTING 28 Motion to Travel as to ANDREW JOHNSON (1): The Court ORDERS the defendant is granted leave to travel and must provide his itinerary to his pretrial officer prior to travelling. So ORDERED, by Chief Judge James E. Boasberg on 6/30/2023. (nbn) (Entered: 06/30/2023) |
| 08/31/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): Due to a scheduling conflict with the Court's calendar, the Court ORDERS the Jury Selection/Trial set for 12/4/2023 is VACATED and RESET to 2/26/2024 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. The Court will toll the Speedy Trial Clock between 12/4/2023 and 2/26/2024 (XT), in the Interest of Justice. So ORDERED, by Chief Judge James E. Boasberg on 8/31/2023. (nbn) (Entered: 08/31/2023) |
| 09/09/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): Given that the trial date has been moved back, the Court ORDERS that Motion in Limines are now due by 12/8/2023. Responses due by 12/22/2023. Replies due by 1/5/2024. Pretrial Conference set for 2/9/2024 at 10:30 AM via Zoom before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 9/9/2023. (nbn) (Entered: 09/09/2023) |
| 10/26/2023 | 30 | NOTICE OF ATTORNEY APPEARANCE Rebekah Lederer appearing for USA. (Lederer, Rebekah) (Entered: 10/26/2023) |
| 12/05/2023 | | MINUTE ORDER as to ANDREW JOHNSON (1): The Court ORDERS the parties appear on 12/8/2023 at 10:30 AM via Zoom re 31 Pretrial Violation Report. So ORDERED by Chief Judge James E. Boasberg on 12/5/2023. (nbn) Modified to amend time on 12/5/2023 (nbn). (Entered: 12/05/2023) |
| 12/05/2023 | 32 | NOTICE OF ATTORNEY APPEARANCE Pavan S. Krishnamurthy appearing for USA. (Krishnamurthy, Pavan) (Entered: 12/05/2023) |
| 12/08/2023 | | Minute Entry and ORDER for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON (1) held on 12/8/2023. After oral discussions, the Court ORDERS the Conditions of Release are Amended as follows: The defendant shall call into the Washington, DC Pretrial Services Office once per week. The Court FURTHER ORDERS that Motion in Limines are now due by 1/8/2024. Responses due by 1/22/2024. Replies due by 2/5/2024. The previously |

| | | |
|---|---|---|
| | | set Jury Trial date of 2/26/2024 shall remain in place. Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Tammy Nestor Defense Attorney: David Howard; US Attorney: Rebekah Lederer and Pavan Krishnamurthy; Pretrial Officer: Jayniece Harden. (znbn) (Entered: 12/08/2023) |
| 12/08/2023 | 33 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to ANDREW JOHNSON (Meisel, Douglas) (Entered: 12/08/2023) |
| 01/08/2024 | 34 | MOTION in Limine by USA as to ANDREW JOHNSON. (Krishnamurthy, Pavan) (Entered: 01/08/2024) |
| 02/09/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg as to ANDREW JOHNSON on 2/9/2024. Case called and Pretrial Conference converted to a Status Conference. Plea Agreement Hearing set for 2/22/2024 at 10:30 AM by VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Tammy Nestor; Defense Attorney: David A. Howard; US Attorneys: Rebekah Lederer and Pavan S. Krishnamurthy. (lsj) (Entered: 02/09/2024) |
| 02/21/2024 | | NOTICE OF HEARING TYPE CHANGE in case as to ANDREW JOHNSON (1). Status Conference set for 2/22/2024 at 10:30 AM in Telephonic/VTC before Chief Judge James E. Boasberg. (znbn) (Entered: 02/21/2024) |
| 02/22/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON (1) held on 2/22/2024. Defendant consents to proceed via Zoom video. Oral motion by defense to "postpone jury trial", HEARD and GRANTED. The Court ORDERS the Jury Trial set to commence 2/26/2024 is VACATED and RESET to 4/15/2024. Pretrial Conference set for 4/3/2024 at 02:00 PM via Zoom. The defense shall file any response to 34 MOTION in Limine by 3/7/2024. The Court finds it in the interest of justice to toll the Speedy Trial Clock through 4/15/2024 (XT). Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Christine Asif; Defense Attorney: David Howard; US Attorney: Rebekah Lederer. (nbn) (Entered: 02/22/2024) |
| 03/15/2024 | | MINUTE ORDER as to ANDREW JOHNSON (1): In light of a scheduling conflict, the Court ORDERS the Pretrial Conference set for 4/3/2024 is VACATED and RESET to 4/2/2024 at 02:00 PM in Telephonic/VTC before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 3/15/2024. (znbn) (Entered: 03/15/2024) |
| 04/02/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Pretrial Conference as to ANDREW JOHNSON (1) held on 4/2/2024. Oral motion by Defense Attorney David Howard to," to appear as standby counsel only ", HEARD AND GRANTED. The Court conducted a Faretta Colloquy and determined the defendant may represent himself going forward. The Court appoints attorney David Howard as Standby Counsel. Defendant shall file any response to 34 MOTION in Limine by USA by 4/9/2024. Any objections or additions to the Proposed Voir Dire filed by the Court are due by 4/9/2024. Exhibit List due by 4/9/2024. Proposed Jury Instructions due by 4/9/2024. Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Tammy Nestor; Defense Attorney: David Howard (standby counsel); US Attorney: Pavan Krishnamurthy. (znbn) (Entered: 04/02/2024) |
| 04/02/2024 | 37 | PROPOSED VOIR DIRE as to ANDREW JOHNSON (1): The Court ORDERS that any additions or objections to the attached proposed Voir Dire shall be filed by April 9, 2024. So Ordered by Chief Judge James E. Boasberg on 4/2/2024. (znbn) (Entered: |

| | | |
|---|---|---|
| | | 04/02/2024) |
| 04/08/2024 | 39 | MOTION for Travel Expenses by Defendant by ANDREW JOHNSON. (Howard, David) Modified event type and text on 4/9/2024 (zstd). (Entered: 04/08/2024) |
| 04/09/2024 | 40 | ORDER as to ANDREW JOHNSON (1): The Court ORDERS that: 1. Defendant's 39 Motion for Travel Expenses is GRANTED IN PART and DENIED IN PART; and 2. Pursuant to 18 U.S.C. § 4285, the USMS shall furnish Defendant the fare for his transportation to this district for trial on April 15, 2024, as well as subsistence expenses for such travel. Signed by Chief Judge James E. Boasberg on 4/9/2024. (znbn) Modified to add paper order on 4/9/2024 (znbn). (Entered: 04/09/2024) |
| 04/09/2024 | 41 | RESPONSE TO ORDER OF THE COURT by USA as to ANDREW JOHNSON re Pretrial Conference,,,, Set Deadlines,,, *Statement of Elements of Offenses* (Krishnamurthy, Pavan) (Entered: 04/09/2024) |
| 04/09/2024 | 42 | MOTION To Adopt re 41 Response to Order of the Court *Regarding Elements of Charges* by ANDREW JOHNSON. (Howard, David) (Entered: 04/09/2024) |
| 04/09/2024 | 43 | MOTION to Change Venue by ANDREW JOHNSON. (Howard, David) (Entered: 04/09/2024) |
| 04/10/2024 | | MINUTE ORDER as to ANDREW JOHNSON (1), GRANTING 42 Motion To Adopt re 41 Response to Order of the Court Regarding Elements of Charges. So ORDERED by Chief Judge James E. Boasberg on 4/10/2024. (znbn) (Entered: 04/10/2024) |
| 04/10/2024 | | MINUTE ORDER as to ANDREW JOHNSON (1): The Court ORDERS that Defendant's 43 Motion to Change Venue is DENIED. Although Defendant was arrested over 16 months ago, he has waited until the very eve of trial to file this Motion. In any event, the Court rejects it for the reasons set forth in its Opinion in U.S. v. Ballenger, 640 F. Supp. 3d 34 (D.D.C. 2022). So ORDERED by Chief Judge James E. Boasberg on 4/10/2024. (znbn) (Entered: 04/10/2024) |
| 04/12/2024 | 45 | NOTICE *of Objections to Certain Defense Exhibits* by USA as to ANDREW JOHNSON (Lederer, Rebekah) (Entered: 04/12/2024) |
| 04/15/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Plea Agreement Hearing as to ANDREW JOHNSON (1) held on 4/15/2024. Defendant sworn and a plea of GUILTY was entered and accepted as to counts 1–4. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to ANDREW JOHNSON (1). Sentencing set for 7/22/2024 at 11:00 AM via Zoom before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: David Howard (standby counsel); US Attorney: Madison Mumma, Pavan Krishnamurthy, and Rebekah Lederer. (nbn) Modified to add Zoom on 4/15/2024 (znbn). (Entered: 04/15/2024) |
| 04/15/2024 | | MINUTE ORDER as to ANDREW JOHNSON (1) : As Defendant has pled guilty, the Court ORDERS that the Government's 34 Motion In Limine is DENIED as moot. So ORDERED by Chief Judge James E. Boasberg on 4/15/2024. (znbn) (Entered: 04/15/2024) |
| 04/25/2024 | | MINUTE ORDER as to ANDREW JOHNSON (1): In light of a recent scheduling conflict, the Court ORDERS Sentencing set for 7/22/2024 at 11:00 AM is RESET for 03:00 PM via Zoom before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 4/25/2024. (znbn) (Entered: 04/25/2024) |

| 07/05/2024 | 51 | SENTENCING MEMORANDUM by USA as to ANDREW JOHNSON (Krishnamurthy, Pavan) (Entered: 07/05/2024) |
|---|---|---|
| 07/22/2024 | 56 | Unopposed MOTION to Continue *Sentencing Hearing* by ANDREW JOHNSON. (Howard, David) (Entered: 07/22/2024) |
| 07/22/2024 | 58 | MOTION to Convert Hearing by ANDREW JOHNSON. (See docket entry 56 to view document.) (zstd) (Entered: 07/22/2024) |
| 07/22/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Case called for Sentencing, however, not held. Oral discussions re 56 , 58 Unopposed MOTION to Continue Sentencing Hearing/MOTION to Convert Hearing, HEARD and GRANTED for the reasons stated on the record. Sentencing reset to 8/2/2024 at 02:00 PM via Zoom before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: David Howard (standby counsel); US Attorney: Pavan Krishnamurthy and Rebekah Lederer; Prob Officer: Haley Spicer. (znbn) (Entered: 07/22/2024) |
| 07/30/2024 | 61 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to ANDREW JOHNSON (Krishnamurthy, Pavan) Modified text on 8/1/2024 (zstd). (Entered: 07/30/2024) |
| 07/30/2024 | 62 | Unopposed MOTION for Leave to File *Under Seal* by ANDREW JOHNSON. (Howard, David) (Entered: 07/30/2024) |
| 07/31/2024 | | MINUTE ORDER as to ANDREW JOHNSON (1), GRANTING 62 Motion for Leave to File Under Seal. So ORDERED by Chief Judge James E. Boasberg on 7/31/2024. (znbn) (Entered: 07/31/2024) |
| 07/31/2024 | 63 | SEALED MOTION to Withdraw Plea as to ANDREW JOHNSON. "Leave to file GRANTED UNDER SEAL" by Chief Judge James E. Boasberg on 7/31/2024 (This document is SEALED and only available to authorized persons.) (zstd) Modified to remove seal per Chief Judge James E. Boasberg on 8/20/2024 (znbn). (Entered: 08/01/2024) |
| 08/02/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to ANDREW JOHNSON held via Zoom on 8/2/2024. Defendant FAILED TO APPEAR. Status Conference/Show Cause Hearing set for 8/9/2024 at 12:30 PM via Zoom before Chief Judge James E. Boasberg. Bond Status of Defendant: FAILED TO APPEAR; Court Reporter: Tammy Nestor; Defense Attorney: David Howard (standby counsel); US Attorney: Rebekah Lederer and Pavan Krisnamurthy; Prob Officer: Andre Wilson. (znbn) (Entered: 08/02/2024) |
| 08/05/2024 | 65 | MOTION TO DENY DEFENDANT'S UNDER SEAL MOTION TO WITHDRAW GUILTY PLEA by USA as to ANDREW JOHNSON. (Krishnamurthy, Pavan) (Entered: 08/05/2024) |
| 08/09/2024 | | Minute Entry for Show Cause Hearing/Status Conference held on 8/9/2024 before Chief Judge James E. Boasberg. Show cause hearing held. Defendant's reply due by 8/14/2024. Sentencing set for 8/22/2024 at 03:00 PM by VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: PR; Court Reporter: Tammy Nestor; Defense Attorney: David A. Howard (standby counsel); US Attorney: Pavan S. Krishnamurthy; Prob Officer: Andre Wilson. (mhp) (Entered: 08/09/2024) |
| 08/14/2024 | 66 | TRANSCRIPT OF PROCEEDINGS in case as to ANDREW JOHNSON before Chief Judge James E. Boasberg held on 4/15/24; Page Numbers: 1–19. Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber Tammy Nestor, tammy_nestor@dcd.uscourts.gov, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/4/2024. Redacted Transcript Deadline set for 9/14/2024. Release of Transcript Restriction set for 11/12/2024.(Nestor, Tammy) (Entered: 08/14/2024) |
| 08/20/2024 | <u>68</u> | MEMORANDUM OPINION AND ORDER as to ANDREW JOHNSON (1): For the foregoing reasons set forth in the attached Memorandum Opinion and Order, the Court ORDERS that Defendant's <u>63</u> Motion to Withdraw his Plea is DENIED. Signed by Chief Judge James E. Boasberg on 8/20/2024. (znbn) (Entered: 08/20/2024) |
| 08/21/2024 | | MINUTE ORDER as to ANDREW JOHNSON (1): : Following Defendant's contacting chambers, the Court orders that he may be permitted to relocate to Connecticut pending sentencing. So ORDERED by Chief Judge James E. Boasberg on 8/21/2024. (znbn) (Entered: 08/21/2024) |
| 08/22/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Sentencing held via Zoom on 8/22/2024 as to ANDREW JOHNSON (1). It is the judgment of the Court, as to Counts 1–4, that the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12) months. Defendant sentenced to twelve (12) months incarceration on counts 1–2 to run concurrent with all other counts, six (6) months incarceration as to counts 3–4 to run concurrent to all other counts, followed by a twelve (12) month term of Supervised Release on counts 1–2 to run concurrent, Special Assessments totaling $70, Restitution in the amount of $500, and a $2336 Fine. Appeal rights given. Bond Status of Defendant: PERSONAL RECOGNIZANCE BOND; Court Reporter: Tammy Nestor; Defense Attorney: David Howard (standby counsel); US Attorney: Rebekah Lederer and Pavan Krisnamurthy; Prob Officer: Kelli Willett. (znbn) (Entered: 08/22/2024) |
| 08/27/2024 | <u>69</u> | JUDGMENT as to ANDREW JOHNSON. Statement of Reasons Not Included. Signed by Chief Judge James E. Boasberg on 8/27/2024. (zstd) (Entered: 08/28/2024) |
| 08/27/2024 | <u>70</u> | STATEMENT OF REASONS as to ANDREW JOHNSON re <u>69</u> Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Chief Judge James E. Boasberg on 8/27/2024. (zstd) (Entered: 08/28/2024) |
| 09/08/2024 | <u>71</u> | NOTICE OF APPEAL – Final Judgment by ANDREW JOHNSON re <u>69</u> Judgment. Fee Status: No Fee Paid. Parties have been notified. (Howard, David) (Entered: 09/08/2024) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**                                                  **Case No.: 22-CR-414 (JEB)**

**ANDREW JOHNSON,**

    ***Defendant.***
_____/

_____

### NOTICE OF APPEAL

_____

    NOTICE is hereby given that, **ANDREW JOHNSON**, Defendant above named, hereby appeals his sentence and conviction [DE:69] entered on August 27th, 2024, to the United States Court of Appeals for the District of Columbia.

DATED: September 8, 2024

        Respectfully submitted,

        *s/ Andrew Johnson*
        Andrew Johnson
        Appearing *Pro Se*
        Email: bitetheapple@protonmail.com
        Tel.: (860) 319-1804

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| ANDREW JOHNSON | Case Number:  22-cr-00414-JEB-1 |
| | USM Number:  35034-510 |
| | David A Howard (standby counsel only) |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1-4 of  Information filed on 12/28/2022.

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 1 |
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building | 1/6/2021 | 2 |
| 40 USC § 5104(e)(2)(D) | Violent Entry and Disorderly Conduct in a Capitol Building | 1/6/2021 | 3 |

    The defendant is sentenced as provided in pages 2 through    9    of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/22/2024
Date of Imposition of Judgment

Signature of Judge

James E. Boasberg, USDC Chief Judge
Name and Title of Judge

8/27/24
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __9__

DEFENDANT: ANDREW JOHNSON
CASE NUMBER: 22-cr-00414-JEB-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Bull | 1/6/2021 | 4 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:   ANDREW JOHNSON
CASE NUMBER:   22-cr-00414-JEB-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
twelve (12) months incarceration as to counts 1-2 to run concurrent with all other counts.
six (6) months incarceration as to counts 3-4 to run concurrent to all other counts.

twelve (12) months total incarceration time.

☑  The court makes the following recommendations to the Bureau of Prisons:
   Pensacola FPC
   Yankton FPC
   Montgomery FPC

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____

   ☐ as notified by the United States Marshal.

☑  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☑ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

By _____
                          DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 2A — Imprisonment
_____

Judgment—Page ___4___ of ___9___

DEFENDANT:  ANDREW JOHNSON
CASE NUMBER:  22-cr-00414-JEB-1

## ADDITIONAL IMPRISONMENT TERMS

Defendant to self surrender no earlier than September 5, 2024.

AO 245B (Rev  09/19)   Judgment in a Criminal Case
        Sheet 3 — Supervised Release

|  | Judgment—Page | 5 | of | 9 |
|---|---|---|---|---|

DEFENDANT:   ANDREW JOHNSON
CASE NUMBER:   22-cr-00414-JEB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

twelve (12) months on counts 1-2 to run concurrent.

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you
           pose a low risk of future substance abuse. *(check if applicable)*
4.    ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.    ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page    6    of    9

DEFENDANT:  ANDREW JOHNSON
CASE NUMBER:  22-cr-00414-JEB-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____  Date _____

19

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3D — Supervised Release

Judgment—Page ___7___ of ___9___

DEFENDANT: ANDREW JOHNSON
CASE NUMBER: 22-cr-00414-JEB-1

## SPECIAL CONDITIONS OF SUPERVISION

While on supervision, you shall abide by the following mandatory conditions, as well as all discretionary conditions recommended by the probation office in Part D. Sentencing Options of the presentence report, which are imposed to establish the basic expectations for your conduct while on supervision. The mandatory conditions include:

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests, thereafter, as determined by the court.
4. You must make restitution in accordance with 18 USC §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

You shall comply with the following special conditions:

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Firearm Restriction - You shall remove firearms, destructive devices, or other dangerous weapons from areas over which you have access or control until the term of supervision expires.

You are ordered to make restitution to the Architect of the Capitol in an amount to be determined by the Court. The court determined you do not have the ability to pay interest and therefore waives any interest or penalties that may accrue on the balance.
Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the following victim:
Architect of the Capitol
Office of the Chief Financial Officer
Ford House Office Building, Room H2-205B
Washington, DC 20515

Financial Payment Schedule – Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: You must pay the balance of any financial obligation owed at a rate of no less than $50 each month, to commence 30 days after release from imprisonment to the term of supervision.

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Firearm Restriction - You shall remove firearms, destructive devices, or other dangerous weapons from areas over which you have access or control until the term of supervision expires.

Re-entry Progress Hearing - Within sixty days of release from incarceration or placement on supervision, you will appear before the Court for a re-entry progress hearing. Prior to the hearing, the probation officer will submit a report summarizing your status and compliance with release conditions. If you are supervised by a district outside of the Washington DC metropolitan area, the United States Probation Office in that district will submit a progress report to the court within 60 days of the commencement of supervision; upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                Sheet 5 — Criminal Monetary Penalties

Judgment — Page __8__ of __9__

DEFENDANT: ANDREW JOHNSON
CASE NUMBER: 22-cr-00414-JEB-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 70.00 | $ 500.00 | $ 2,336.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States | | $500.00 | |
| District Court for the District of Columbia | | | |
| for disbursement to the following victims: | | | |
| | | | |
| Architect of the Capitol | | | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20151 | | | |
| Attn: Kathy Sherrill, CPA | | | |

| **TOTALS** | $ 0.00 | $ 500.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the    ☑ fine    ☑ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 6 — Schedule of Payments

Judgment — Page ___9___ of ___9___

DEFENDANT:  ANDREW JOHNSON
CASE NUMBER:  22-cr-00414-JEB-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __2,906.00__   due immediately, balance due

      ☐  not later than _____ , or
      ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:
      The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
      Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
      of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

      Case Number
      Defendant and Co-Defendant Names                     Joint and Several        Corresponding Payee,
      (including defendant number)        Total Amount           Amount           if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.