# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : Case No.: 22-CR-414(JEB) |
| v. | : |
| **ANDREW JOHNSON,** | : |
| Defendant. | : |

## NOTICE OF INTENT TO SEEK APPEAL BOND

Defendant, Andrew Johnson ("Mr. Johnson"), by his attorney of record, Amanda Skinner, Assistant Federal Public Defender, respectfully files this Notice to state his desire for counsel in both his district court case *and* the pending appeal, to supplement the record regarding his check in obligations, and to state his intention to file for an appeal bond in the event he is designated to a Bureau of Prisons facility and ordered to surrender. In support of this notice, Mr. Johnson states as follows:

1. On April 2, 2024, the District Court "conducted a *Faretta* Colloquy and determined [Mr. Johnson] may represent himself going forward." ECF Minute Entry entered April 2, 2024.

2. On April 15, 2024, Mr. Johnson pled guilty to 4 misdemeanor counts without a plea agreement. *See* ECF No. 53 at 4.

3. On August 21, 2024, the District Court granted Mr. Johnson permission to relocate to Connecticut pending sentencing. ECF Minute Entry entered August 21, 2024.

4. The District Court sentenced Mr. Johnson to a total sentence of 12 months. ECF No. 69.

5. The District Court ordered Mr. Johnson to surrender to serve his sentence "no earlier than September 5, 2024." *Id*.

6. On September 8, 2024, Mr. Johnson filed a timely notice of appeal. ECF No. 71.

7. Undersigned counsel entered her appearance on the appeal October 8, 2024.

8. Undersigned counsel spoke with her client by phone numerous times after her entry and communicated frequently with Mr. Johnson via email.

9. On November 18, 2024, during a routine phone call to discuss his appeal, Mr. Johnson reported he was asked to "check in"

the next day with the US Marshals at the federal courthouse in New Haven, Connecticut.

9. Undersigned counsel contacted the Federal Public Defender in New Haven to brief them on her client's situation, as he was still recovering from a recent surgery.[1]

10. Mr. Johnson voluntarily appeared at the courthouse and was taken into custody.

11. Undersigned counsel filed her entry of appearance in the district court case as her client stated he desired appointed counsel.

12. By information and belief, Pretrial Services and the Government moved the District Court ex parte for a warrant through sealed filings alleging Mr. Johnson missed 3 phone check ins with pretrial services in October.[2] The report also summarizes numerous prior violations, all of which were addressed and known to the District Court at the time of sentencing.

---

[1] By information and belief, proof of the surgery and upcoming medical appointments will be provided to the Magistrate Court at the hearing scheduled November 20, 2024.
[2] Despite her entry in the district court case, undersigned counsel is unable to access documents 74-76, so the basis for the warrant remains unclear.

13. By information and belief, during the sixteen-day period of the alleged missed check ins, Mr. Johnson did meet his check in obligations with United States Probation Officer Kelli Willett. *See* ECF Minute Entry entered August 22, 2024 (assigning Probation Officer).

14. On November 19, 2024, the United States Probation Office for the District of Connecticut, Officer Stacey Alston, verified with Officer Willett that Mr. Johnson had been checking in with Probation and that his last check in was November 18, 2024. By information and belief, neither the Government nor Pretrial Services alerted the District Court that Mr. Johnson was maintaining contact with United States Probation. And undersigned counsel was never contacted with a request to have her client check in with Pretrial Services.

14. By information and belief, Mr. Johnson has no self-surrender date to start his sentence and has not been designated to a BOP facility.

15. If Mr. Johnson is designated to a BOP facility while still in custody on the alleged pretrial violation, he intends to seek an appeal bond.

16. To be granted an appeal bond, Mr. Johnson must prove by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released and that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. *See* 18 U.S.C. § 3143(b)(1).

17. Undersigned counsel has identified possible appeal arguments to investigate related to the sufficiency of the *Faretta* Colloquy, the voluntariness of the guilty plea, and the procedural and substantive reasonableness of the sentence imposed. These arguments could result in a new trial and/or reduced sentence of imprisonment.

18. The hearing transcripts are necessary to further investigate and prepare these arguments, as well as any other issues that may arise upon undersigned counsel's review of the entire record in this case.

19. The DC Circuit Court of Appeals requires undersigned counsel to file frequent "status" updates regarding transcripts. Undersigned counsel's most-recent update was filed November 14, 2024, and is attached to this Notice as "Exhibit A." Undersigned counsel is still in need of multiple transcripts, including the transcripts of the plea and sentencing hearings.

20. While a motion for appeal bond is premature due to lack of evidence to cite to meet the standard set forth in 18 U.S.C. § 3143(b)(1), Mr. Johnson intends to move for his continued release once undersigned counsel can cite the record to support the request for release.

WHEREFORE, Mr. Johnson respectfully files this Notice to state his desire for counsel in both his district court case and the pending appeal, to supplement the record to affirm he maintained his check in obligations with United States Probation, and to affirm his desire to

pursue an appeal bond if and when he is designated to a BOP facility and ordered to surrender.

Respectfully submitted,

Federal Public Defender
506 S. Main Street, Suite
400 Las Cruces, NM 88001
(575) 527-6930

*/s/Amanda Skinner*
Amanda Skinner
Assistant Federal Public Defender
Amanda_Skinner@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/EC system, upon counsel for the United States, on this 20th day of November 2024.

/s/Amanda Skinner
Amanda Skinner
Assistant Federal Public Defender
