# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** UNITED STATES OF AMERICA

v.

ANDREW JOHNSON

**Case No:** 24-3117

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 22-12-2022 | First Appearance | Nancy Meyer |
| 17-05-2023 | Status Conference | Timothy Miller |
| 22-02-2024 | Status Conference | Christine Asif |
| 07-04-2023 | Status Conference | Lisa Edwards |
| 04-01-2023 | Arraignment | Jeff Hook |

**Interim Part II** - The following necessary transcripts have been completed and received.

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# EXHIBIT "A"

# USA v. Andrew Johnson
# No. 22CR414 JEB

# INTERIM PART 1

| DATE | TYPE OF PROCEEDING | COURT REPORTER |
|---|---|---|
| 24-03-2023 | Status Conference | Tammy Nestor |
| 14-04-2023 | Status Conference | Tammy Nestor |
| 08-06-2023 | Status Conference | Tammy Nestor |
| 08-12-2023 | Status Conference | Tammy Nestor |
| 09-02-2024 | Pretrial Conference | Tammy Nestor |
| 02-04-2024 | Pretrial Conference | Tammy Nestor |
| 15-04-2024 | Plea Agreement Hearing | Tammy Nestor |
| 22-07-2024 | Sentencing Hearing (cont) | Tammy Nestor |
| 02-08-2024 | Status Conference | Tammy Nestor |
| 09-08-2024 | Show Cause/Status Conference | Tammy Nestor |
| 22-08-2024 | Sentencing Hearing | Tammy Nestor |

# Leticia Ramirez

| | |
|---|---|
| **From:** | ecfnoticing@cadc.uscourts.gov |
| **Sent:** | Thursday, November 14, 2024 1:19 PM |
| **To:** | Leticia Ramirez |
| **Subject:** | 24-3117 USA v. Andrew Johnson "Transcript Status Report" (1:22-cr-00414-JEB-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for District of Columbia Circuit

**Notice of Docket Activity**

The following transaction was entered on 11/14/2024 at 3:19:26 PM Eastern Standard Time and filed on 11/14/2024

**Case Name:** USA v. Andrew Johnson
**Case Number:** 24-3117
**Document(s):** Document(s)

**DEADLINES**
Response due_____ Reply Due_____
Misc Info: 12-2-24:Status Report due
Atty ✔ dD ☐ Calendared /lar
Date 11/14/2024

**Docket Text:**
TRANSCRIPT STATUS REPORT [2084933] filed by Andrew Johnson [Service Date: 11/14/2024 ]. Status of Transcripts: transcripts needed for the appeal have been ordered, but not all transcripts have been received. Next APPELLANT transcript status report due 12/02/2024. [24-3117] (Skinner, Amanda)

**Notice will be electronically mailed to:**

USAO Appellate Counsel: USADC.ECFAppellate@usdoj.gov
Amanda Skinner: amanda_skinner@fd.org, leticia_ramirez@fd.org, nmfpdservice@fd.org

Ms. Chrisellen Rebecca Kolb, Assistant U.S. Attorney: Chrisellen.R.Kolb@usdoj.gov, elizabeth.danello@usdoj.gov, marc.thompson2@usdoj.gov (*daily summary*)

The following document(s) are associated with this transaction:
**Document Description:** Transcript Status Report
**Original Filename:** Transcript Status Report_final.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1109186823 [Date=11/14/2024] [FileNumber=2084933-0]
[96618227aa824c378c177bc3f222e88cca4b2a402e0f9276dc7c063e0f51ad94571b78c3396213f871e42
98cd260b9ab025b2ff1a7f9c37b08006b5962bd4c00]]