AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT  FID 11221221

### for the

### District of Columbia

| | RECEIVED |
|---|---|
| | By USMS  District of Columbia District Court at 1:55 pm, Oct 16, 2024 |

United States of America )
v. )
)
ANDREW JOHNSON )  Case No.  22-cr-00414-JEB-
)
_____ )
Defendant )

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANDREW JOHNSON _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☑ Order of the Court

This offense is briefly described as follows:
*SEALED* MINUTE ORDER as to ANDREW JOHNSON(1): The Court ORDERS that: 1) The Government's 76 Motion to Revoke Release is GRANTED; 2) The Government's prior 75 Motion to Revoke is DENIED as moot; and 3) The Court will separately issue a bench warrant for Defendant's arrest.(This document is SEALED and only available to authorized persons.) So ORDERED by Chief Judge James E. Boasberg on 10/16/2024.(znbn) (Entered: 10/16/2024)

Date:  10/16/2024                                      _____
                                                                         *Issuing officer's signature*

City and state:   WDC _____                James E. Boasberg, USDC Chief Judge
                                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/16/24 , and the person was arrested on *(date)* 11/19/24 at *(city and state)* New Haven, CT . |
| Date: 11/19/24 _____                    _____ Arresting officer's signature  Steven L Laurenzi DUSM _____ Printed name and title |