AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11221221

**RECEIVED**
By USMS District of Columbia District Court at 1:55 pm, Oct 16, 2024

United States of America
v.

ANDREW JOHNSON

Case No. 22-cr-00414-JEB-

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANDREW JOHNSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:
*SEALED* MINUTE ORDER as to ANDREW JOHNSON(1): The Court ORDERS that: 1) The Government's 76 Motion to Revoke Release is GRANTED; 2) The Government's prior 75 Motion to Revoke is DENIED as moot; and 3) The Court will separately issue a bench warrant for Defendant's arrest.(This document is SEALED and only available to authorized persons.) So ORDERED by Chief Judge James E. Boasberg on 10/16/2024.(znbn) (Entered: 10/16/2024)

Date: 10/16/2024

*Issuing officer's signature*

City and state: WDC

James E. Boasberg, USDC Chief Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/16/24, and the person was arrested on *(date)* 11/19/24
at *(city and state)* New Haven, CT.

Date: 11/19/24

*Arresting officer's signature*

Steven L Laurenzi DUSM
*Printed name and title*

**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: November 19, 2024    Case #: 3:24-mj-01043 RMS    Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

**Andrew Johnson**

Honorable Judge: Robert M. Spector
Deputy Clerk: Nick Langello
AUSA: Robert Ruff
Counsel for Defendant: Kelly Barrett

☐ Retained    ☐ CJA    ■ FPD

Start Time: 2:14 PM    End Time: 2:54 PM
Recess (if more than ½ hr) _____ to _____

USPO: Stacey Alston
Reporter/ECRO/FTR: CourtSmart
Interpreter: _____ Language: _____

Total Time: ___ hours 40 minutes    Hearing held: ■ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ■ Initial Appear. Rule 5  20 | ■ Detention  20 | ☐ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or  ■ Self surrender  Date: 11/19/24    ■ Rule 5 charging district: District of Columbia
☐ Case Unsealed    ■ Order appointing FPD
☐ Deft failed to appear    ■ Order appointing Attorney: Barrett
■ CJA23 financial affidavit filed under seal    ☐ Set ATTY flag and notify grievance clerk
■ Oral Brady Order entered and paper to issue    ☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____ ☐ reduced to $_____ ; ☐Non-surety ☐Surety ☐Personal recognizance
☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
■ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
 Identity hearing waived orally. Detention hearing continued to 11/21/2024 at 10:00 AM._____
_____
_____
_____

Rev. 9/5/24                                                                                                    Page **2** of **2**

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

-------------------------------x
                               :
UNITED STATES                  :    No. 3:24-mj-1043   (RMS)
                               :
v.                             :
                               :
Andrew Johnson                 :    DATE: 11/19/2024
                               :
-------------------------------x
```

### ORDER

    This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations.

    The Government must disclose to the defense all information "favorable to an accused" that is "material either to guilt or to punishment" and that is known to the Government. Id. at 87. This obligation applies regardless of whether the defendant requests this information or whether the information would itself constitute admissible evidence. The Government shall disclose such information to the defense promptly after its existence becomes known to the Government so that the defense may make effective use of the information in the preparation of its case.

As part of these obligations, the Government must disclose any information that can be used to impeach the trial testimony of a Government witness within the meaning of Giglio v. United States, 405 U.S. 150 (1972), and its progeny. Such information must be disclosed sufficiently in advance of trial in order for the defendant to make effective use of it at trial or at such other time as the Court may order.[1]

The foregoing obligations are continuing ones and apply to materials that become known to the Government in the future. These obligations also apply to information that is otherwise subject to disclosure regardless of whether the Government credits it.

In the event the Government believes that a disclosure under this Order would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, it may apply to the Court for a modification of its obligations, which may include in camera review or withholding or subjecting to a protective order all or part of the information otherwise subject to disclosure.[2]

---

[1] This Order does not purport to set forth an exhaustive list of the Government's disclosure obligations.

[2] The Classified Information Procedures Act sets forth separate procedures to be followed in the event that the Government believes matters relating to classified information may arise in connection with the prosecution. See 18 U.S.C. App. 3 §§1 et seq.

For purposes of this Order, the Government has an affirmative obligation to seek all information subject to disclosure under this Order from all current or former federal, state, and local prosecutors, law enforcement officers, and other officers who have participated in the prosecution, or investigation that led to the prosecution, of the offense or offenses with which the defendant is charged.

If the Government fails to comply with this Order, the Court, in addition to ordering production of the information, may:

(1) specify the terms and conditions of such production;

(2) grant a continuance;

(3) impose evidentiary sanctions;

(4) impose contempt or other sanctions on any lawyer responsible for violations of the Government's disclosure obligations, or refer the matter to disciplinary authorities;

(5) dismiss charges before trial or vacate a conviction after trial or a guilty plea; or

(6) enter any other order that is just under the circumstances.

It is so ordered.

/s/ Robert M. Spector

HON. Robert M. Spector
UNITED STATES Magistrate JUDGE

**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: November 21, 2024    Case #: 3:24-mj-01043-RMS    Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

**Andrew Johnson**

Honorable Judge: Robert M. Spector
Deputy Clerk: Nick Langello
AUSA: Robert Ruff
Counsel for Defendant: Kelly Barrett
☐ Retained  ☐ CJA  ■ FPD

Start Time: 10:13 AM    End Time: 10:23 PM
Recess (if more than ½ hr) _____ to _____

USPO: Stacey Alston
Reporter/ECRO/FTR: CourtSmart
Interpreter _____ Language _____

Total Time _____ hours  10  minutes
Hearing held  ■ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ■ Detention  10 | ☐ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender  Date _____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now  ☐ due at sentencing

Page **1** of **2**

**ORDERS**
- ☒ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at_____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement
- ☐ Order of detention filed
- ☐ Bond set at $_____ ☐ reduced to $_____ ; ☐Non-surety ☐Surety ☐Personal recognizance
- ☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
- ☒ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☒ Defendant ordered removed/committed to originating/other District of Columbia

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☐ As set forth in the Order Setting Conditions of Release
- ☐ Other _____
_____

**MOTIONS**
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
Defendant remains detained and will be transported to the District of Columbia. Rule 5 waiver form filed - preliminary hearing and/or detention hearing will be held in the charging district.
_____
_____

Rev. 9/5/24                                                                 Page **2** of **2**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Andrew Johnson<br>_____<br>*Defendant* | )<br>)  Case No.  3:24-mj-01043-RMS<br>)<br>)<br>)  Charging District's Case No.  1:22-CR-414 JEB<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for the District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/21/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kelly M Barrett
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Andrew Johnson | ) | Case No.   3:24-mj-01043-RMS |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   1:22-CR-414 JEB |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of   Columbia   ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   11/21/2024                                         /s/ Robert M. Spector
                                                            *Judge's signature*

                                                            Robert M. Spector, U.S.M.J.
                                                            *Printed name and title*

CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:24-mj-01043-RMS All Defendants

Case title: USA v. Johnson

Date Filed: 11/19/2024

Date Terminated: 11/21/2024

Assigned to: Judge Robert M. Spector

**Defendant (1)**

Andrew Johnson  represented by  Kelly M. Barrett
*TERMINATED: 11/21/2024*  Federal Public Defender's Office - NH
 265 Church St., Suite 702
 New Haven, CT 06510-7005
 203-498-4200
 Fax: 203-498-4207
 Email: Kelly_barrett@fd.org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Public Defender*

**Pending Counts**  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

18:1752.F (Entering and Remaining in a Restricted Building)

**Plaintiff**

USA represented by **Robert S Ruff**
DOJ-USAO
157 Church Street, 25th Floor
New Haven, CT 06510
203-623-2033
Email: robert.ruff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2024 | | Arrest (Self-Surrender) (Rule 5) of Andrew Johnson (Langello, N) (Entered: 11/19/2024) |
| 11/19/2024 | 1 | Minute Entry for proceedings held before Judge Robert M. Spector: Initial Appearance in Rule 5 Proceedings as to Andrew Johnson held on 11/19/2024, Detention Hearing as to Andrew Johnson continued on 11/19/2024. Identity hearing waived. Defendant detained pending the continued detention hearing on 11/21/2024 at 10:00 AM. 40 minutes (Court Reporter CourtSmart.)(Langello, N) (Entered: 11/19/2024) |
| 11/19/2024 | 2 | NOTICE OF E-FILED CALENDAR as to Andrew Johnson: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Continued Detention Hearing set for **11/21/2024 at 10:00 AM** in Courtroom Five, 141 Church Street, New Haven, CT before Judge Robert M. Spector (Langello, N) (Entered: 11/19/2024) |
| 11/19/2024 | 3 | SEALED CJA 23 Financial Affidavit by Andrew Johnson (Langello, N) (Entered: 11/19/2024) |
| 11/19/2024 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL as to Andrew Johnson - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Robert M. Spector on 11/19/2024. (Langello, N) (Entered: 11/19/2024) |
| 11/19/2024 | 5 | ORDER as to Andrew Johnson pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116-182, 134 Stat. 894 (Oct. 21, 2020).<br>Signed by Judge Robert M. Spector on 11/19/2024. (Langello, N) (Entered: 11/19/2024) |
| 11/19/2024 | 6 | USM Return of Service on Arrest Warrant executed as to Andrew Johnson on 11/19/2024 (Langello, N) (Entered: 11/19/2024) |
| 11/19/2024 | 7 | ORDER OF DETENTION as to Andrew Johnson. The Court conducted a presentment today based on an arrest warrant issued in the District of Columbia charging the defendant with violating the conditions of his release. In particular, the sentencing court found clear and convincing evidence that the defendant had violated the conditions of his release, under 18 U.S.C. sec. 3148(b), and issued a bench warrant for his arrest. Though the defendant was sentenced in August 2024, he has not surrendered for service of his sentence, and it does not appear that a surrender date has been set or that a Bureau of Prisons facility has been designated. Defense counsel raised several issues related to the factual allegations set forth in the status report underlying the issuance of the arrest warrant. At the conclusion of today's hearing, this Court ordered the defendant detained based on the information presented by the government and scheduled a detention hearing for November 21, 2024. Signed by Judge Robert M. Spector on 11/19/2024. (Spector, Robert) (Entered: 11/19/2024) |
| 11/21/2024 | 8 | Minute Entry for proceedings held before Judge Robert M. Spector: Detention Hearing as to Andrew Johnson held on 11/21/2024. Defendant committed to the District of Columbia. |

| | | |
|---|---|---|
| | | 10 minutes (Court Reporter CourtSmart.)(Langello, N) (Entered: 11/21/2024) |
| 11/21/2024 | 9 | WAIVER of Rule 5 Hearings by Andrew Johnson (Langello, N) (Entered: 11/21/2024) |
| 11/21/2024 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Andrew Johnson. Defendant committed to the District of Columbia.<br>Signed by Judge Robert M. Spector on 11/21/2024. (Langello, N) (Entered: 11/21/2024) |
| 11/21/2024 | 11 | Notice to District of Columbia of a Rule 5 Initial Appearance as to Andrew Johnson; Your case number is: 1:22-CR-414 JEB. Using your PACER account please retrieve any necessary documents. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_CTD@ctd.uscourts.gov.) (Langello, N) (Entered: 11/21/2024) |